UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TROY S. RATCLIFF,

          Plaintiff,

-vs-                                                            Case No.  5:07-cv-157-Oc-10GRJ

WAL-MART STORES, INC., MOUNTAIN
CITY MEAT CO., CNA,

          Defendants.
_____/

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 7) recommending that the Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) be denied, and this case be dismissed without prejudice for lack of subject matter jurisdiction.  The Plaintiff has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

The Plaintiff filed his Original Complaint on April 19, 2007 with a request to proceed *in forma pauperis*.  On April 27, 2007, the Court entered an Order finding that the Plaintiff's Original Complaint failed to state a claim upon which relief could be granted and deferred ruling on the Plaintiff's request to proceed *in forma pauperis* for the limited purpose of allowing the Plaintiff to file an amended complaint (Doc. 4).  The Plaintiff has filed an Amended Complaint and the Magistrate Judge reviewed its sufficiency to determine

whether the Plaintiff has stated a claim, and whether the Court has subject matter jurisdiction over the claim.

In his report, the Magistrate Judge deemed it unnecessary to determine whether the Plaintiff's claim is frivolous or fails to state a claim, because the Court does not have subject matter jurisdiction. Specifically, the Magistrate Judge recommended that this case be dismissed because: (1) the Plaintiff has failed to establish complete diversity between the Plaintiff and each of the Defendants, and (2) the Plaintiff has failed to allege any facts suggesting that the amount in controversy exceeds the sum of $75,000.

Upon independent examination of the Original Complaint and Amended Complaint, the Plaintiff has not established that the Court has subject matter jurisdiction over this action. Despite the Court's April 27, 2007 Order instructing the Plaintiff to allege the citizenship of the parties in his Amended Complaint, the Plaintiff has failed to allege the citizenship of the Defendants. Further, although the Plaintiff claims that as a result of his illness from ingesting beef patties he missed two and one-half days of work and sought medical care, there are no facts in the Amended Complaint which remotely suggest that these types of damages would reasonably exceed $75,000.

Accordingly, upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 7) is adopted, confirmed and made a part hereof;

(2) the Plaintiff's motion to proceed *in forma pauperis* is DENIED;

(3) this case is DISMISSED without prejudice for lack of subject matter jurisdiction as to all the Defendants; and

(4) the Clerk is directed to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 14th day of November, 2007.

UNITED STATES DISTRICT JUDGE


Copies to:   Counsel of Record
             Maurya McSheehy